```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

DONNA SMITH                        *

        Plaintiff          *

     vs.                    *   CIVIL ACTION NO. MJG-12-2149

ACE MOTOR ACCEPTANCE CORPORATION*

        Defendant          *

*       *       *       *       *       *       *       *       *
```

MEMORANDUM AND ORDER

The Court has before it Plaintiff's Motion to Remand [Document 9] to which no timely opposition has been filed.  The motion appears meritorious and is unopposed.  Under these circumstances, the Court will grant the motion.

Accordingly:

1. Plaintiff's Motion to Remand [Document 9] is GRANTED.

2. The case shall be remanded by separate Order.

SO ORDERED, on Thursday, September 6, 2012.

                              /s/
                     Marvin J. Garbis
                  United States District Judge